[Cite as *State ex rel. Pettway v. Cuyahoga Cty. Court of Common Pleas*, 2013-Ohio-1567.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 99259**

# STATE, EX REL. TIMOTHY PETTWAY

RELATOR

vs.

# CUYAHOGA COUNTY COURT OF COMMON PLEAS, ET AL.

RESPONDENTS

**JUDGMENT:**
WRIT DENIED

Writ of Procedendo
Motion No. 461141
Order No. 463486

**RELEASE DATE:**    April 16, 2013

**FOR RELATOR**

Timothy Pettway
No. 550655
Toledo Correctional Institution
P.O. Box 80033
2001 East Central Avenue
Toledo, Ohio 43608

**ATTORNEYS FOR RESPONDENTS**

Timothy J. McGinty, Esq.
Cuyahoga County Prosecutor
By: James E. Moss, Esq.
Assistant County Prosecutor
9th Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

KATHLEEN ANN KEOUGH, J.:

{¶1} Timothy Pettway has filed a complaint for a writ of procedendo. Pettway seeks an order from this court, that requires Judge Deena Calabrese and the Cuyahoga County Court of Common Pleas to render a ruling with regard to a "motion to vacate void judgment" as filed in *State v. Pettway*, Cuyahoga   C.P.   No. CR-498474.

{¶2} Attached to the motion for summary judgment filed by Judge Calabrese and the Cuyahoga County Court of Common Pleas, is a copy of a judgment entry, journalized on December 19, 2012, which demonstrates that a ruling has been rendered with regard to Pettway's motion to vacate void judgment.   Thus, Pettway's complaint for a writ of procedendo is moot.   *State v. Jerninghan*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

{¶3} Accordingly, we grant the motion for summary judgment.   Judge Calabrese and the Cuyahoga County Court of Common Pleas to pay costs.   Costs waived.   The court directs the clerk of court to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶4} Writ denied.

_____

KATHLEEN ANN KEOUGH, JUDGE

KENNETH A. ROCCO, P.J., and
MARY EILEEN KILBANE, J., CONCUR